```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                         PENSACOLA DIVISION

IN RE:                             )
                                   )
DALE AND DARLENE MARET,            )   CASE NO.  04-30836-LMK
                                   )      CHAPTER 7
        Debtor.                    )
_____)
```

<u>REPORT OF UNCOLLECTED FUNDS</u>

    JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 7 | Household Credit Svc.<br>P. O. Box 5216<br>Carol Stream, IL 60197 | 274.59 |

```
Dated: 6/14/10                     /s/ John E. Venn, Jr.
                                   JOHN E. VENN, JR.,
                                   TRUSTEE
                                   FL Bar No. 184992
                                   220 W. Garden St.
                                   Suite 603
                                   Pensacola, FL 32502
                                   (850) 438-0005
                                   Johnevennjrpa@aol.com
```